UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number:_____

REC'D by ___ᴠᴹ___ D.C.

**AUG 14 2018**

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

LARRY Coleman
(Write the full name of the plaintiff)

vs. City of Homestead Police
Mary Campbell
Pillip Archer
Sgt Dipatrizio
(Write the full name of the defendant/s in this case)

1. Discrimination
2. False inprisonment
3. False complaint.
5. Physical Abuse
4. Assault by Police

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I. Party Information

A. Plaintiff: LARRY Coleman

Address: 1470 NW 7 PL

Inmate/Prison No.:_____

Year of Birth: 8-7-57 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: Mary Campbell   Defendant: Dipatrizio Sgt.  Pillip Archer

Official Position: Police officer   Official Position: Police officer

Place of Employment: City Homestead   Place of Employment: City Homestead

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants. )

## II. Statement of Claim

Briefly describe the facts of your case.  Describe how each defendant is involved, names of other persons involved, and dates and pl aces.  Each claim  should be stat ed in a separately num bered paragraph.  Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted.  Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary,

I was arrested 7/28/1993 for driving without a License, Mary Campbell was driving, my car was stop be her, I had no License, I got out and Ran from her and her back up officers, Sgt Dipatrizio followed and let "two" K.9 dogs loose to attack me, I was then beaten by Pillip Archer, Sgt. Dipatrizio, and others, Pillip Archer and friend wrote the reports - filed a false complaint alleging I push Mary Campbell.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do).  Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Money damage for, false Inprisonment, false Arrest, Discrimination Claim, Physical Abuse Plaintiff seek money for serving 25 years on a illegal sentence, the city wrote the report. Plaintiff Ask for money up to 3oo,ooo,ooo.oo   3 Hundry Million Dollards, Assault by Police. 50,000,000.oo

## Statements and facts

1.

On July 28, 1993, I was Park at a Grocery Store me and my friend Mr Bradley, my Mother was also at the store. I notice a Police car stop to review my Tag on my car, the female officer then pull away, going around the corner and parked, waited on me to leave the store, my Mother ask me to be careful because I had no License, when I pull out, I notice two people in the Police car behind me, Mary Campbell and Reserve officer Jill Johnson. As I stop, I got out my car and ran, I ran from 6.st to 6 ave, I ran in some nee high weeds, followed by back up, I layed down in the weeds, Sgt. Dipatrizio let two K.9 dogs loose on me, causing a problem, Pillip Archer hit me so hard, then Sgt. Dipatrizio and Glen Baker was there.

Statements of facts

2. After the Assault by K:9 and the Physical abuse by Pillip and his boys, they took me back to the place I ran, place me back in Mary Campbell car, Transport me to Police Station, and then to the Motor-Pool to gas the car up. while at the Motor Pool, officer Alfred Mcclendon showed up, he for No reason what so EVER started calling me A Nigga, After calling me A Nigga About 20 times, Mary Campbell thought it was ~~—~~ ███ funny, So I ask her to Make the officer leave, she kept laughing and blowing Smoke in my face. I then was transported to the Ward-D hospital for my injuries. I had dogs bits on both legs and arms. the Officers knew the dogs bits was illegal. they filed a false complaint, Discrimination claim, the Ward-D hospital said they on have Medical record for 7 years.

8/15/18

Larry Coleman

_____

_____

## IV.  Jury Demand

Are you demanding a jury trial?      ✔ Yes        _____ No

Signed this __/5__ day of __Aug__ , 20 _18_

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on:___8/15/18_____

_____
Signature of Plaintiff